United States Bankruptcy Court
District of Arizona

In re:     Case No. 22-01814-EPB
LUCERO H ARCINIEGA     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Jul 13, 2022     Form ID: 318     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LUCERO H ARCINIEGA, 2420 W THOMAS RD, APT 226, PHOENIX, AZ 85015-5963 |
| 16670160 | + | Arizona Dept of Economic Security, Office of Accounts Receivables, MD 1261, PO Box 504097, Saint Louis MO 63150-4097 |
| 16678657 | + | David L Seidberg, PO Box 7290, Phoenix, AZ 85011-7290 |
| 16670167 | + | Lobel Financial Corp, c/o Siedberg Law Office, PO Box 7290, Phoenix AZ 85011-7290 |
| 16678658 | + | Lobel Financial Corporation c/o Seidberg Law, PO Box 7290, Phoenix, AZ 85011-7290 |
| 16670169 | + | Seidberg Law Office, PO Box 7290, Phoenix AZ 85011-7290 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Jul 14 2022 02:38:00 | DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Jul 14 2022 02:38:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16670161 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jul 13 2022 22:40:00 | Automotive Credit Corp, 26261 Evergreen Road, Suite 300, Southfield MI 48076 |
| 16686210 | | Email/Text: oarc@azdes.gov | Jul 13 2022 22:40:00 | AZ DEPARTMENT OF ECONOMIC SECURITY, OFFICE OF ACCTS RECEIVABLE & COLLECTIONS, PO BOX 60, PHOENIX, AZ 85001-0060 |
| 16670162 | + | Email/Text: bankruptcy@bmecollect.com | Jul 13 2022 22:40:00 | Bureau Of Medical Economics, Attn: Bankruptcy, Po Box 20247, Phoenix AZ 85036-0247 |
| 16670163 | + | EDI: CAPITALONE.COM | Jul 14 2022 02:38:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 16670164 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 22:52:23 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16670165 | + | EDI: IIC9.COM | Jul 14 2022 02:38:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul MN 55127-2557 |
| 16670166 | + | Email/Text: BKnotice@LobelFinancial.com | Jul 13 2022 22:40:00 | Lobel Financial Corp, Attn: Bankruptcy, Po Box 3000, Anaheim CA 92803-3000 |
| 16670168 | + | Email/Text: Bankruptcies@nragroup.com | Jul 13 2022 22:41:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg PA 17106-7015 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID A. BIRDSELL | ecf@azbktrustee.com  az15@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor LUCERO H ARCINIEGA documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | LUCERO H ARCINIEGA<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8376<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |

United States Bankruptcy Court   District of Arizona

Case number:  2:22-bk-01814-EPB

# Order of Discharge                                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

LUCERO H ARCINIEGA

7/13/22                                                                                   **By the court:**  Eddward P. Ballinger Jr.
                                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**